Miller, Duhjuan-Lamar
Duhjuan Miller
2740 Bruce st
N. Las Vegas 89030
702-544-6817

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

2:23-cv-00585-APG-DJA

Miller V Bridgecrest

Amend Complaint

Complaint: Breach of Contract under fiduciary duties

Your Honor,

    Contract for sale was purchased at Drivetime LLC March 2023 by Endorser/Creditor Miller, Duhjuan-Lamar. Endorser used securities from trust account DUHJUAN LAMAR MILLER xxx-xx-8186. Authorized Rep of Drivetime/Bridgecrest printed out a copy of contract for sale and allowed endorser Miller, Duhjuan-Lamar to make a special endorsement **ordering all payments to be paid to order of the U.S. Treasury for face value with trust account number to make document private**. Authorized Rep guaranteed Special endorsed contract with notice of payment will be faxed over to Bridgecrest headquarters and used as tender for payment. Rep also recommended that we continue with E-contract so everything will be fine.

    Bridgecrest operating through Drivetime denies all request and documents forcing endorser into an encumbrance. Under duress an attempt to pay federal reserves have been made to keep good faith. Bridgecrest has received: Power of Attorney accepting all: **rights, titles, interest and equity for DUHJUAN LAMAR MILLER**, Certificate of Interest (private document), letters of instruction and Endorsed Bills/Contracts to apply all principal credits to principal account number for set-off. Good faith has been presented to pursue remedy against defendant Bridgecrest to zero out principal balance.

Miller, Duhjuan-Lamar(attorney-in-fact) (Endorser)