# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Duhjuan L. Miller,<br><br>            Plaintiff,<br><br>    v.<br><br>Bridgecrest; Daniel Gaudreau,<br><br>            Defendants. | Case No. 2:23-cv-00585-APG-DJA<br><br>**Order** |

Before the Court is Plaintiff's motion to amend his second amended complaint. (ECF No. 11).  However, Plaintiff's motion does not include the memorandum of points and authorities as required by Nevada Local Rule[1] 7-2(a) and does not attach the proposed amended pleading as required by Nevada Local Rule 15-1(a).  Plaintiff is reminded that, under Nevada Local Rule 15-1(a), a proposed amended pleading must be complete in and of itself without reference to the superseded pleading and must include copies of all exhibits referred to in the proposed amended pleading.

**IT IS THEREFORE ORDERED** that the motion to amend (ECF No. 11) is **denied without prejudice.**

DATED: August 17, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

---

[1] "Nevada Local Rule" refers to the Local Rules for the United States District Court for the District of Nevada.  These rules can be found at chrome-extension://efaidnbmnnnibpcajpcglclefindmkaj/https://www.nvd.uscourts.gov/wp-content/uploads/2020/04/Local-Rules-of-Practice-Amended-2020.pdf